

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2021

**BY ELECTRONIC MAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Roger Ralston, et al.*, S1 19 Cr. 774 (JMF)

Dear Judge Furman:

    The Government writes respectfully to request the unsealing of Superseding Indictment S1 19 Cr. 774 (JMF) (the "Superseding Indictment"), attached hereto. The Superseding Indictment contains the same charges as the original Indictment against Roger Ralston, but adds defendants Christopher Wright and Steven Hooper. Wright and Hooper were arrested this week in Spain and the United Kingdom, respectively. The Government will be seeking the extradition of Wright and Hooper to the United States, and will keep the Court apprised of any progress in those proceedings.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By: *[signature]*
    _____
    Jessica Feinstein
    Olga Zverovich
    Assistant United States Attorneys
    (212) 637-1946

**SO ORDERED.**
*[signature]*
_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
    January 29, 2021