

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2019

**BY HAND**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Roger Ralston, Christopher Wright, & Steven Hooper,*
              S1 19 Cr. 774

Dear Judge Parker:

    On October 29, 2019, the defendants Roger Ralston, Christopher Wright, and Steven Hooper were charged in the above-referenced sealed indictments, and arrest warrants were issued for each defendant. Wright and Hooper are currently believed to be outside the territory of the United States. The Government respectfully moves for the above- indictment and arrest warrants for Wright and Hooper to be unsealed for the limited purposes of providing certified copies of the indictments and arrest warrants to the Government, and of disclosing the existence of or disseminating the indictments, arrest warrants, and/or this Order to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States, and in connection with efforts to prosecute the defendants or to secure the defendants' arrest, extradition, or expulsion.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

    By: *Jessica K. Feinstein*
    Jessica Feinstein
    Assistant United States Attorney
    (212) 637-1946

**SO ORDERED.**

*Katharine H. Parker*
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK