

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Roger Ralston, et al.*, S1 19 Cr. 774 (JMF)

Dear Judge Furman:

  The Government respectfully submits this letter to update the Court regarding the status of extradition proceedings for defendant Christopher Wright, and to request a brief adjournment of the conference for defendant Roger Ralston on April 6, 2021. Wright, who was arrested in Spain in January 2021, has consented to extradition from Spain. The Government understands that Wright is supposed to arrive in the Southern District of New York by April 23, 2021, although the exact date of his arrival is currently being coordinated by the United States Marshals. Given Wright's imminent arrival in this District, the Government expects that Ralston and Wright can be tried together. The Government therefore respectfully requests that the upcoming April 6 conference be adjourned until early May, so that both Ralston and Wright can be present (virtually or physically) to discuss scheduling and trial dates. If Wright has not arrived in the District by the new conference date, the Government will update the Court accordingly. The Government has spoken with defense counsel for Ralston, Peter Katz, Esq., who consents to the adjournment, and is available any day in early May other than May 11, 2021.

  In the event that the Court grants the request to adjourn the conference, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through the new conference date to afford the defendant and his counsel time to continue to review the discovery in this case and prepare for trial. The defendant consents to the exclusion of time. A proposed

order is enclosed for the Court's consideration.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney for the
          Southern District of New York

By: _____
          Olga I. Zverovich
          Jessica Feinstein
          Assistant United States Attorney
          (212) 637-2514 / 1946

Cc: Peter Katz, Esq.