

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Christopher Wright*, S1 19 Cr. 774 (JMF)

Dear Judge Furman:

    The Government has been advised that, to create a revised bond for defendant Christopher Wright, the Arraignment Unit requires a signed order from this Court containing the bail conditions. The parties agree that the final set of bail conditions ordered by the Court is as follows:

- $500,000 bond co-signed by 3 financially responsible persons and secured by $15,000 in cash and a $100,000 lien against the real property located at 3 Southlands Road, Bexhill-on-Sea, TN39 5HG, United Kingdom[1]
- Travel restricted to SDNY/EDNY
- Surrender travel documents and no new applications
- Pretrial supervision as directed by Pretrial Services ("PTS")
- Defendant to submit to urinalysis; if positive, add condition of drug testing/treatment
- Home detention
- Electronic monitoring
- Defendant may not contact co-defendants, victims, or witnesses unless in the presence of counsel
- Defendant shall refrain from opening any new back accounts, credit cards or lines of credit without approval of PTS
- Defendant shall obtain a residence within SD/EDNY approved by PTS and may not relocate without PTS approval
- Defendant shall not have an internet-enabled computer except for a computer provided by his counsel with access limited to materials needed to participate in his defense
- Defendant shall sign a waiver of the forum bar and any extradition proceedings in the United Kingdom and elsewhere
- Defendant to be detained until all conditions are met

---

[1] The address has been provided to the Government by defense counsel.

1

If the Court agrees that the above list accurately reflects the full set of bail conditions ordered by the Court, the Government respectfully requests that the Court so-order this letter to facilitate the preparation of the revised bond.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____

Jessica Feinstein
Olga I. Zverovich
Assistant United States Attorneys
(212) 637-1946 / 2514

cc: defense counsel (by ECF)

The Clerk of Court is directed to terminate Doc. #121.

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: July 12, 2021