

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

August 23, 2021

**BY ECF**
Hon. Jesse Furman
United State District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Roger Ralston*, 19 CR 774

Dear Judge Furman:

I represent Roger Ralston in the above-captioned matter.  By Your Honor's Orders of today and August 9, 2021 (Docket Entries # 130 and 137), the previously scheduled August 25, 2021 status conference will occur in person.  As you may recall, Mr. Ralston resides in Florida.  Because of (1) the exponential growth in positive COVID-19 rates in Florida, (2) the related difficulty and cost of travel, (3) the government and Mr. Wright's joint consent, and (4) the fact that the prevailing issue at the conference is likely to be the co-defendant's recently filed motions, we respectfully request that Mr. Ralston and my personal appearance at the status conference be waived and we be allowed to participate remotely.  Mr. Wright and his counsel prefer to appear in person.

We understand that Your Honor's August 10, 2021 Order requested that the parties respond within two business days of that Order; however, for some reason, I did not see the ECF Bounce notification in my email and therefore respectfully request Your Honor to consider our request at this time.

Mr. Ralston consents and is able to appear remotely, either by video or telephone.  As with previous remote proceedings in this matter, we believe that the Constitution, the Federal Rules of Criminal Procedure, and the CARES Act permit the proceedings to be conducted remotely.

I have consulted with the government and Mr. Wright's counsel and all parties consent to this request.  If need be, the parties can be available the morning of August 26th, should the time of the conference need to be changed.

Thank you for your attention to this matter.

Application GRANTED. Counsel and Defendant Ralston should join the conference by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public and press may access the conference using the same call-in information, but will be placed in listen-only mode. Recording of the conference is prohibited by law. The Clerk of Court is directed to terminate Doc. #138. SO ORDERED.

Sincerely,

Peter Katz, Esq.

August 24, 2021