```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                    -v-                                           :    19-CR-774 (JMF)
                                                                  :
ROGER RALSTON, et al,                                             :    ORDER
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      As counsel can imagine, the Court has a large backlog of trials due to the COVID-19 pandemic. At present, trial in this case is scheduled to begin on January 31, 2022. *See* ECF No. 150, at 3. That said, due to developments in other cases, January 5 or 10, 2022, may be better dates for the Court. No later than **November 8, 2021**, the parties shall file letters indicating whether they would be available to try this case on either or both of those dates. If not, the parties should specify the reason. If so, the parties should hold those dates as well as the January 31st trial date pending further order of the Court after trial dates are allocated for the first quarter of 2022 pursuant to the S.D.N.Y. Plan for the Resumption of Jury Trials (which the Court anticipates would be around the end of this month).

      SO ORDERED.

Dated: November 3, 2021  
       New York, New York

                                                          JESSE M. FURMAN  
                                                United States District Judge