```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :
            -v-                     :     19-cr-774 (JSR)
                                    :
ROGER RALSTON et al.,               :        ORDER
                                    :
            Defendants.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Confirming the rulings made in today's conference call with all counsel, trial as to defendants Christopher Wright and Steven Hooper will commence on April 25, 2022 at 9:30 a.m. Severance is granted as to defendant Roger Ralston solely on the ground of the serious health problems arising from his recent accident. Trial as to Mr. Ralston will commence on September 12, 2022. As to Messrs. Wright and Hooper, time has previously been excluded under the Speedy Trial Act through April 25, 2022. As to Mr. Ralston, time is now excluded under the Speedy Trial Act through September 12, 2022, so as to accommodate his recovery from his serious health problems and also based upon the Court's finding that the interest of justice in excluding such time substantially outweighs the interests of the public and defendant in a speedy trial.

SO ORDERED.

Dated: New York, NY
       March 15, 2022

_____
JED S. RAKOFF, U.S.D.J.