```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :
            -v-                     :      19-cr-774 (JSR)
                                    :
CHRISTOPHER WRIGHT, et al.,         :         ORDER
                                    :
            Defendants.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The Court has received written submissions from the Government and Mr. Wright on the outstanding "*Bruton*" issue, familiarity with which is here assumed. While the Court is not yet decided as to whether any of the sample "*Bruton*-raising" items submitted by the Government can be adequately sanitized, the likelihood remains high that the entire issue may be rendered moot for any of the several reasons apparent from the parties' papers. Accordingly, the severance motion of defendant Wright is once again denied and the trial of defendants Wright and Hooper jointly will go forward as scheduled on April 25, 2022.

SO ORDERED.

Dated:   New York, NY

         April 1, 2022

                                            *[signature]*
                                            JED S. RAKOFF, U.S.D.J.