```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROGER RALSTON, CHRISTOPHER WRIGHT, and STEVEN HOOPER,<br><br>Defendants. | 19-cr-774 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On July 12, 2024, counsel for defendants Steven Hooper and Christopher Wright sent the Court an unsolicited letter requesting modification of their sentences. Since this letter was sent by defendants' experienced counsel in clear violation of the Court's individual rules, <u>see</u> Rule 1(a), the Court was obliged to disregard it. However, on August 13, 2024, counsel for Hooper and Wright called jointly with the Government to properly make the application, which the Court will now consider. Accordingly, the Government is directed to file a letter response to defendants' application by no later than August 20, 2024. If defendants wish to reply to the Government's letter, they may do so by letter filed no later than August 23, 2024. The Court will resolve the application by no later than August 29, 2024.

SO ORDERED.

New York, NY
8/14, 2024

_____
JED S. RAKOFF, U.S.D.J.